## Leon E. Sutherland et al., Appellants, v. H. D. Morgan et al., Appellees.

Gen. No. 9,496.

Heard in this court at October term, 1939; opinion filed January 25, 1940; rehearing denied March 19, 1940. George W. Hunt, for appellant; Leon E. Sutherland, *pro se;* S. F. McGrath and Arthur B. Copeland, for appellees. Opinion by JUSTICE HUFFMAN. "Not to be published in full."

## People of the State of Illinois, Defendant in Error, v. Albert Sullivan, Plaintiff in Error.

Gen. No. 9,505.

Heard in this court at October term, 1939; opinion filed January 25, 1940; rehearing denied March 19, 1940. Thomas J. Welch and Vera M. Binks, for plaintiff in error; Martin E. O'Connor, State's Attorney, for defendant in error. Opinion by JUSTICE HUFFMAN. "Not to be published in full."